**Order entered November 20, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01250-CV

**MOMENTIS U.S. CORPORATION, Appellant**

**V.**

**SHELDON WEISFIELD, ET AL., Appellees**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-13869**

## ORDER

We **GRANT** appellees' November 13, 2013 motion for an extension of time to file a brief. Appellees shall file their brief on or before December 9, 2013.

/s/     DAVID LEWIS
        JUSTICE